IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-1319-RPM-CBS

MACTEC, INC., a Colorado corporation,

    Plaintiff,

v.

STEVEN GORELICK,

    Defendant.

---

### ORDER FOR SUBSTITUTION OF COUNSEL

---

THIS MATTER, coming before the Court on Plaintiff MACTEC, Inc.'s Unopposed Motion for Substitution of Counsel and, having reviewed same and being fully advised in the premises, hereby

ORDERS that Lino S. Lipinsky de Orlov of McKenna Long & Aldridge LLP is substituted as counsel of record for, and Russell O. Stewart of Faegre & Benson LLP is granted permission to withdraw as, counsel of record for plaintiff, MACTEC, Inc., in this action.

SO ORDERED this 9th day of December, 2005.

BY THE COURT:

_____
United States District Court Judge

DN:32111917.1