IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-1319-RPM-CBS

MACTEC, INC.,

      Plaintiff,

v.

STEVEN GORELICK,

      Defendant.

---

## ORDER LIFTING STAY OF EXECUTION OF JUDGMENT PENDING APPEAL

---

      Upon consideration of defendant Steven M. Gorelick's Motion to Lift Stay of Execution of Judgment, the reasons stated therein, and noting that the Supreme Court has denied MACTEC's petition for writ of certiorari in the appeal of this case, the Court having reviewed the matter, it is hereby

      ORDERED that the stay of execution of judgment pending appeal is hereby lifted and dissolved.

      Dated March 28th, 2006.

                    BY THE COURT:


                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch
                    United States District Judge