IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-1319-RPM-CBS

MACTEC, INC.,

    Plaintiff,

v.

STEVEN GORELICK,

    Defendant.

## ORDER RELEASING LETTER OF CREDIT

Upon consideration of plaintiff MACTEC, Inc.'s Unopposed Motion for Release of Letter of Credit, the Court having reviewed the matter, it is hereby:

ORDERED that the letter of credit (the "Letter of Credit") that MACTEC submitted to this Court on August 29, 2003, and the receipt (the "Receipt") for the Letter of Credit (docket numbers 42 and 44) are hereby released, and may be picked up at the Clerk's office by a representative of McKenna Long & Aldridge LLP upon presentation of a photo ID and a notarized letter from Lino S. Lipinsky de Orlov, Esq., on McKenna Long & Aldridge LLP letterhead, authorizing such person to pick up the Letter of Credit and the Receipt.

SO ORDERED this 18th day of October, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch

                              Richard P. Matsch
                              United States District Court Judge

DN:32119066.1